| PROB 22<br>(Rev. 01/24) | DOCKET NUMBER *(Tran. Court)*<br>CR 17-00460HG-01 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)*<br>2:26-cr-00006-RFB-BNW-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>District of Hawaii | DIVISION<br>Honolulu |
|---|---|---|
| SCOTT HARRIS | NAME OF SENTENCING JUDGE<br>The Honorable Helen Gillmor | |

FILED ✓    RECEIVED
ENTERED    SERVED ON

**JAN 14 2026**

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ AMMi _____ DEPUTY

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>01/12/2022 | TO<br>01/11/2027 |
|---|---|---|

**OFFENSE**

Count 1: Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Methamphetamine 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 846, a Class A felony
Count 2: Possession of 5 Grams or More of Methamphetamine With Intent to Distribute and Distribute 21 U.S.C. § 841(a)(1) and 841(b)(1)(B), a Class B felony

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Harris has no intentions of returning to the District of Hawaii.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____   DISTRICT OF _____ HAWAII

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ DISTRICT OF NEVADA _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 28, 2025
*Date*

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____   DISTRICT OF _____ NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/15/2026
_____
*Effective Date*

_____
United States District Judge

1

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Scott Harris
Case No.:  TO BE ASSIGNED

**REQUESTING ACCEPTANCE OF JURISDICTION**

January 13, 2026


TO:     United States District Judge

On July 11, 2018, Scott Harris was sentenced in the District of Hawaii by the Honorable Judge Helen Gilmor to a term of 70 months imprisonment followed by five (5) years of supervised release for committing the offenses of Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Methamphetamine; Possession of 5 Grams or More of Methamphetamine with Intent to Distribute and Distribute; Attempt to Possess 50 Grams or More of Methamphetamine with Intent to Distribute. On January 12, 2022, Harris commenced his supervised release term in the District of Nevada.

Harris has no intention of returning to the district of Hawaii. As such, the Probation Office recommends that the Court accept jurisdiction of the case. As noted by the signature on the attached Transfer of Jurisdiction form (Prob 22), Us. District Court Judge Helen Gillmor has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for your Honor's signature.

If you should have any questions, please contact the undersigned officer at (702) 527-7295.


Respectfully submitted,

Digitally signed by
Victoria Willard
Date: 2026.01.14
10:00:37 -08'00'

Victoria Willard
Probation Officer Assistant


Approved:

Digitally signed by
Amberleigh Barajas
Date: 2026.01.14 09:57:54
-08'00'

Amberleigh Barajas
Supervisory United States Probation Officer